FILED
March 25, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br><br>JAIME DIAZ,<br><br>                     Defendant. | Case No. 2:13CR00372 LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JAIME DIAZ__ , Case No. __2:13CR00372__ , Charge __18 U.S.C. 1542 - False Statement in Application for a United States Passport__ , from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   __Time Served__

Issued at __Sacramento, CA__ on __March 25, 2014__ at __10:01 am__ .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal